Stanley D. Saltzman, SBN 90058
ssaltzman@marlinsaltzman.com
MARLIN & SALTZMAN, LLP
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
Attorney for Plaintiffs

*[additional counsel listed on next page]*

ATTORNEYS FOR PLAINTIFFS
PATRICK LACROSS, ROBERT LIRA,
MATTHEW LOFTON AND THE
PUTATIVE CLASS

Richard H. Rahm, SBN 130728
rrahm@littler.com
Kai-Ching Cha, SBN 218738
kcha@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:   415.433.1940
Facsimile:   415.399.8490

*[additional counsel listed on next page]*

Attorneys for Defendants KNIGHT
TRANSPORTATION, INC. and KNIGHT
TRUCK AND TRAILER SALES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick LaCross, Robert Lira And Matthew Lofton, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Knight Transportation, Inc., an Arizona Corporation; Knight Truck and Trailer Sales, LLC, an Arizona Limited Liability Company; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00990-PHX-JJT<br><br>Hon. John J. Tuchi<br><br>**JOINT STATUS REPORT**<br><br><br><br>Complaint Filed:  March 3, 2014 |

Joint Status Report
FIRMWIDE:166017432.2 058898.1023

Case No. 2:15-cv-00990-PHX-JJT

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

| | |
|---|---|
| James E. Hart, SBN 194168<br>jhart@littler.com<br>LITTLER MENDELSON, P.C.<br>2050 Main Street, Suite 900<br>Irvine, CA  92614<br>Telephone:   949.705.3000<br>Facsimile:    949.724.1201 | James M. Trush, SBN 140088<br>jtrush@earthlink.net<br>TRUSH LAW OFFICE, APC<br>2900 Bristol Street, Suite B204<br>Costa Mesa, CA 92626-7187<br>Phone:         (714) 384-6390<br>Facsimile:    (714) 384-6391 |
| Kristy L. Peters, AZ SBN 024756<br>kpeters@littler.com<br>LITTLER MENDELSON, P.C.<br>2425 E. Camelback Rd., Suite 900<br>Phoenix, AZ 85016<br>Telephone:   602.474.3639<br>Facsimile:    602.926.8749 | Todd H. Harrison, SBN 230542<br>toddharrison@plblaw.com<br>Brennan S. Kahn, SBN 259548<br>brennankahn@plblaw.com<br>Ellen R Serbin, SBN 128895<br>ellen@plblaw.com<br>PERONA\|LANGER\|BECK\|SERBIN\|MENDOZA, APC<br>300 East San Antonio Drive<br>Long Beach, CA  90807<br>Phone:         (562) 426-6155<br>Facsimile:    (562) 490-9823 |
| Attorneys for Defendants<br>KNIGHT TRANSPORTATION, INC. AND KNIGHT TRUCK AND TRAILER SALES, LLC | Attorneys for Plaintiffs PATRICK LACROSS, ROBERT LIRA, MATTHEW LOFTON and the Putative Class |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Joint Status Report
FIRMWIDE:166017432.2 058898.1023        2.        Case No. 2:15-cv-00990-PHX-JJT

Plaintiffs Patrick LaCross, Robert Lira and Matthew Lofton ("Plaintiffs"), individually and on behalf of the proposed class herein, by and through their attorneys, Stanley D. Saltzman of Marlin & Saltzman, LLP, James M. Trush of Trush Law Office, APC, and Todd H. Harrison and Brennan S. Kahn of Perona|Langer|Beck|Serbin|Mendoza, APC; and Defendants Knight Transportation, Inc. and Knight Truck and Trailer Sales, LLC ("Knight") (collectively, the "Parties"), by and through their attorneys, Richard H. Rahm, Kai-Ching Cha, James E. Hart, and Kristy L. Peters, of Littler Mendelson, P.C., hereby file this Joint Status update pursuant to the Court's July 26, 2019 Order [Dkt. 176].

### A. The Parties Agree The Putative Class Action Should Proceed In This Court.

In *New Prime, Inc. v. Oliveira*, 139 S. Ct. 532, 544 (2019), the United States Supreme Court held that Section 1 of the Federal Arbitration Act (the "FAA"), which exempts from the FAA's coverage disputes involving contracts of employment of transportation workers involved in interstate commerce, applies equally to workers allegedly misclassified as independent contractors, just as it applies to workers designated as employees. The Parties agree that the *New Prime* decision does not allow the Court to base its Orders (Dkt. 148 and 150) compelling arbitration on the employee-independent contractor distinction. Based on the holding in *New Prime*, Knight no longer seeks to compel arbitration under the FAA, and the Parties agree the action should proceed in District Court as a putative class action.

### B. Proposed Class Certification Discovery Schedule.

The Parties agree the Court should open discovery in this action. Plaintiffs believe that normal limits on the number and hours permitted for depositions should apply, absent a showing of good cause by either side if and when a need should arise. Defendant believes that the standard limit on the number of depositions and the hours normally permitted should be allowed to be exceeded, due to the size of the putative class involved.

With regard to "phasing of discovery", Plaintiffs believe that all discovery should be pursued at this time, without any attempt to impose phased discovery on the process. Plaintiffs' counsel has often found that imposing phased discovery leads to unnecessary and

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Joint Status Report
FIRMWIDE:166017432.2 058898.1023

3.

Case No. 2:15-cv-00990-PHX-JJT

time consuming disputes about what discovery is properly within or outside the respective phases.

Knight believes that phased discovery is appropriate and therefore proposes that discovery be phased into (1) class certification discovery ("Class Certification Phase") and (2) merits or post-certification discovery ("Post-Certification Phase"). Class Certification Phase discovery would relate to Plaintiffs' individual claims and discovery related to the propriety of class certification. Post-Certification Phase discovery would relate to the merits of the class claims. Following the Court's ruling on Plaintiffs' anticipated motion for class certification, Defendants propose the Parties meet and confer and submit a status update regarding further proceedings, including further discovery.

**C.     Proposed Class Certification Schedule.**

The Parties believe it is premature to set a trial date or final pretrial deadlines at this juncture of the case. The Parties propose the below schedule through class certification and that the Court set a status conference following ruling on any class certification:

| Event | Deadline |
|---|---|
| Deadline for Defendants to file responsive pleading to Plaintiffs' First Amended Complaint | September 12, 2019 |
| Deadline for Plaintiffs to file a Motion for Class Certification | April 13, 2020 |
| Deadline for Defendants to file an Opposition to Plaintiffs' Motion for Class Certification | June 22, 2020 |
| Deadline for Plaintiffs to file a Reply in Support of Motion for Class Certification | July 20, 2020 |
| Status Report and Conference | 3 weeks following ruling on Plaintiffs' Motion for Class Certification |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Joint Status Report
FIRMWIDE:166017432.2 058898.1023

4.

Case No. 2:15-cv-00990-PHX-JJT

DATED this 12th day of August, 2019.

| | |
|---|---|
| *s/ Stanley D. Saltzman* | *s/ James E. Hart* |
| Stanley D Saltzman, Esq.<br>MARLIN & SALTZMAN, LLP | Richard H. Rahm<br>Kai-Ching Cha<br>James E. Hart<br>Kristy L. Peters<br>LITTLER MENDELSON, P.C. |
| Todd H. Harrison, Esq.<br>Ellen R. Serbin, Esq.<br>PERONA, LANGER, BECK, SERBIN, MENDOZA, & HARRISON, APC. | Attorneys for Defendants<br>KNIGHT TRANSPORTATION, INC. and KNIGHT TRUCK AND TRAILER SALES, LLC |
| James M. Trush, Esq.<br>TRUSH LAW OFFICE, APC | |
| Attorneys for Plaintiffs<br>PATRICK LACROSS, ROBERT LIRA AND MATHEW LOFTON | |

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 12th day of August, 2019:

*/s/ James E. Hart*

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Joint Status Report
FIRMWIDE:166017432.2 058898.1023

5.

Case No. 2:15-cv-00990-PHX-JJT