# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick LaCross, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Knight Transportation Incorporated, *et al.*,<br><br>                    Defendants. | No. CV-15-00990-PHX-JJT<br><br>**ORDER** |

In their joint status report (Doc. 177), the parties agree this action should proceed in this Court as a putative class action in light of the Supreme Court's decision in *New Prime, Inc. v. Oliveira*, 139 S. Ct. 532 (2019). The parties also propose a class certification phase schedule, which the Court will now enter.

IT IS HEREBY ORDERED that the parties shall meet the following deadlines:

- Defendants shall file a responsive pleading to Plaintiffs' First Amended Complaint (Doc. 102) by September 12, 2019.
- Plaintiffs shall file the Motion for Class Certification by April 13, 2020.
- Defendants shall file a Response to Plaintiff's Motion for Class Certification by June 22, 2020.
- Plaintiffs shall file a Reply to Plaintiff's Motion for Class Certification by July 20, 2020.

The Court will set a status conference as necessary upon resolving Plaintiffs' Motion for Class Certification.

Dated this 26th day of August, 2019.

_____
Honorable John J. Tuchi
United States District Judge